**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs),
v.
Auto Rail Services of Maryland, Inc., a Maryland corporation, et al., (Defendants).

**08 C 1138**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

**JUDGE DARRAH**
**MAGISTRATE JUDGE VALDEZ**

| |
|---|
| NAME (Type or print) |
| John J. Franczyk, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John J. Franczyk, Jr. |
| FIRM |
| Central States Law Department |
| STREET ADDRESS |
| 9377 W. Higgins Road, 10th Floor |
| CITY/STATE/ZIP |
| Rosemont, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06224947 | (847) 518-9800, Ext. 3464 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT