AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Auto Rail Services of Maryland, Inc., a
Maryland corporation, et al., (Defendants).

CASE NUMBER: **08 C 1138**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Auto Rail Services of Pennsylvania, Inc.
c/o Matthew Sayer - Vice President
4608 Chandler Grove Ct.
Raleigh, NC 27612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles H. Lee, Esq.
Central States Law Department
9377 W. Higgins Rd., 10th Flr.
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*

**(By) DEPUTY CLERK**

**February 25, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> || DATE 3/11/8 |
| NAME OF SERVER (PRINT) VINCENT M EDWARDS || TITLE AGENT |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4608 CHANDLER GROVE CT
RALEIGH NC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/11/8
          Date

Signature of Server

Address of Server: 446 CHARLESTON DR
CLAYTON NC 27527

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.