# Exhibit C

Case 1:08-cv-01138    Document 18-4    Filed 04/29/2008    Page 2 of 3
Case 1:08-cv-01138    Document 12    Filed 03/19/2008    Page 1 of 2
Case 1:07-cv-99999    Document 1667-9    Filed 02/25/2008    Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Auto Rail Services of Maryland, Inc., a
Maryland corporation, et al., (Defendants).

CASE NUMBER: **08 C 1138**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE DARRAH / MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Auto Rail Services of Pennsylvania, Inc.
c/o Matthew Sayer - Vice President
4608 Chandler Grove Ct.
Raleigh, NC 27612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles H. Lee, Esq.
Central States Law Department
9377 W. Higgins Rd., 10th Flr.
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
(By) DEPUTY CLERK

**February 25, 2008**
Date

Case 1:08-cv-01138   Document 18-4   Filed 04/29/2008   Page 3 of 3
03/11/2008  19:25  9192828343              EDWARDS                    PAGE  02/04
Case 1:08-cv-01138   Document 12   Filed 03/19/2008   Page 2 of 2
Case 1:07-cv-99999   Document 1667-9   Filed 02/25/2008   Page 2 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ || DATE 3/11/8 |
| NAME OF SERVER (PRINT) VINCENT M EDWARDS || TITLE AGENT |
| Check one box below to indicate appropriate method of service |||

☒ Served personally upon the defendant. Place where served: 4608 CHANDLER GROVE CT
RALEIGH NC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/11/8                 _____
                    Date             Signature of Server

446 CHARLESTON DR
Address of Server
CLAYTON   NC   27527

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.