# Exhibit F

Case 1:08-cv-01138    Document 18-7    Filed 04/29/2008    Page 2 of 4

Case 1:08-cv-01138    Document 14    Filed 03/19/2008    Page 1 of 3
Case 1:07-cv-99999    Document 1667-11    Filed 02/25/2008    Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

        V.

Auto Rail Services of Maryland, Inc., a
Maryland corporation, et al., (Defendants).

CASE NUMBER: **08 C 1138**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Auto Resources Group of Miami, Inc.
c/o C T Corporation System - Registered Agent
1200 South Pine Island Rd.
Plantation, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles H. Lee, Esq.
Central States Law Department
9377 W. Higgins Rd., 10th Flr.
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_

**(By) DEPUTY CLERK**

**February 25, 2008**

Date

Case 1:08-cv-01138    Document 18-7    Filed 04/29/2008    Page 3 of 4
Case 1:08-cv-01138    Document 14    Filed 03/19/2008    Page 2 of 3
Case 1:07-cv-99999    Document 1667-11    Filed 02/25/2008    Page 2 of 2

AO 440  (Rev. 05/00)  Summons in a Civil Action

---

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date               *Signature of Server*

                        _____
                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## VERIFIED RETURN OF SERVICE

State of ILLINOIS                County of                U S District Court

Case Number: 08-C-1138

Plaintiff
CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION
FUND, AND HOWARD MCDOUGALL, TRUSTEE

vs

Defendant
AUTO RAIL SERVICES OF MARYLAND, INC., A MARYLAND CORP., ET AL

For
Diane Lee Day,
CENTRAL STATES LAW DEPARTMENT
9377 W. Higgins Road
10th Floor
Rosemont IL 60018

Received by Intercount, Subpoena on the 17th day of February, 2008 at 9.30 am to be served on AUTO RESOURCES GROUP
OF MIAMI, INC. C T CORPORATION SYSTEM AS R/A, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324

I, Clifford Lake, do hereby, affirm that on the 28th day of February, 2008 at 11:20 am, I:

served a CORPORATION by delivering a true copy of the 20 DAYS/SUMMONS/COMPLAINT with the date and hour of service
endorsed thereon by me, to DONNA MOCH as MANAGER A T CT CORP for AUTO RESOURCES GROUP OF MIAMI, INC.,
at the address of 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324, and informed said person of the contents
therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special/Certified Process Server in good
standing, in the judicial circuit in which the process was served.

Clifford Lake
Process Server

Intercounty Subpoena
& Investigative Agency
P.O. Box 1000
Fort Lauderdale, FL 33302
(954) 462-1593
Our Job Serial Number: 2008001286