# Exhibit H

Case 1:08-cv-01138   Document 18-9   Filed 04/29/2008   Page 2 of 3
Case 1:08-cv-01138   Document 16   Filed 03/19/2008   Page 1 of 2
Case 1:07-cv-99999   Document 1667-13   Filed 02/25/2008   Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Auto Rail Services of Maryland, Inc., a
Maryland corporation, et al., (Defendants).

CASE NUMBER: **08 C 1138**

ASSIGNED JUDGE: **JUDGE DARRAH**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Terminal Shuttle Services, Inc.
c/o Steven Lee Renne - Registered Agent
7 Corporate Center Court, Suite B
Greensboro, NC 27408

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles H. Lee, Esq.
Central States Law Department
9377 W. Higgins Rd., 10th Flr.
Rosemont, IL  60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
**(By) DEPUTY CLERK**

**February 25, 2008**
Date

Case 1:08-cv-01138  Document 18-9  Filed 04/29/2008  Page 3 of 3
Case 1:08-cv-01138  Document 16  Filed 03/19/2008  Page 2 of 2
Case 1:07-cv-99999  Document 1667-13  Filed 02/25/2008  Page 2 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-3-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHRISTIAN WEBB | Recovery Agent |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
3032 Lake Forest Dr Greensboro, NC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/29/2008
           Date        Signature of Server

8312 Tyner Loop Colfax, NC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.