# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1138 |
| AUTO RAIL SERVICES OF MARYLAND, INC., a Maryland corporation; AUTO RAIL SERVICES OF PENNSYLVANIA, INC., a Pennsylvania corporation; AUTO RAIL SERVICES OF WILMINGTON, INC., a Delaware corporation; AUTO RAIL SERVICES OF OHIO, INC., an Ohio corporation; AUTO RESOURCES GROUP OF MIAMI, INC., a Florida corporation; MULTI-LEVEL SERVICES, INC., a North Carolina corporation; and TERMINAL SHUTTLE SERVICES, INC., a North Carolina corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge John W. Darrah Magistrate Judge Valdez |
| Defendants. | ) ) | |

## AFFIDAVIT OF CHARLES H. LEE

State of Illinois    )
                     ) SS
County of Cook       )

I, Charles H. Lee, having been duly sworn on oath, depose and state as follows:

1.    I am an attorney employed by the Central States, Southeast and Southwest

Areas Pension Fund (the "Pension Fund") and am familiar with the pending litigation.

2.      I have reviewed the Plaintiffs' billing records attached hereto as <u>Exhibit 1</u> and have determined that the billable work performed in connection with this case was performed by myself (CHL), George O. Hansen (GOH) and Debbie R. Bolden (DRB).

3.      I graduated from the University of Minnesota Law School in 1996. I was admitted to the bar of the State of Minnesota on October 25, 1996, and to the bar of the State of Illinois on May 7, 1998. I am admitted to practice in the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit. I am also a member of the Trial Bar of the United States District Court for the Northern District of Illinois.

4.      George O. Hansen and Debbie R. Bolden are litigation paralegals employed by the Pension Fund.

5.      The amount of time spent on this case by myself, George O. Hansen and Debbie Bolden, along with our hourly billable rates, are set forth below:

Charles H. Lee            4.3 hours x $200.00
George O. Hansen          0.5 hours x $105.00
Debbie R. Bolden          1.5 hours x $90.00

6.      Based upon my experience in similar cases, I believe that the above rates are at or below the market rate charged for similar legal work and therefore, are reasonable. I also believe that the amount of time spent by each individual on this case is reasonable. On that basis, the total of legal fees incurred in this matter is $1,047.50.

7.    Plaintiffs have also incurred the following costs in connection with this litigation:

| | |
|---|---|
| Filing Fee | $350.00 |
| Service of Process | 335.00 |
| Total | $685.00 |

8.    I believe that the aforementioned legal fees and costs were necessarily incurred and are reasonable in amount.

**FURTHER AFFIANT SAYETH NOT.**

Charles H. Lee

Subscribed and sworn to before me,
a Notary Public, this 28ᵗʰ day of
April, 2008.

Notary Public

"OFFICIAL SEAL"
Karla J. Genitoni
Notary Public, State of Illinois
My Commission Exp. 09/03/2009

# Exhibit 1
# to
# Exhibit I

**Central States Funds**
**9377 West Higgins Road**
**Rosemont, Illinois  60018**

April 28, 2008

Case Name:
Control No:
Case Type:
Allocation:

## Description of Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/18/2008 | CHL | Research regarding controlled group members and draft Complaint. | 1.50 | 300.00 |
| 2/19/2008 | GOH | Westlaw searches. | 0.50 | 52.50 |
| 2/25/2008 | CHL | Revise Complaint and file same. | 0.80 | 160.00 |
| 2/26/2008 | DRB | Prepare letters (5) to process servers to serve defendants with Summons and Complaints, make copies, prepare for overnight mail; called process servers to notify, question fee for service and to verify address. | 1.50 | 135.00 |
| 4/25/2008 | CHL | Draft default motion; Andrew M. Sprau affidavit; Charles H. Lee affidavit; draft judgment order. | 2.00 | 400.00 |

| **Total Fees** | | | **6.30** | **$1,047.50** |
|---|---|---|---|---|

April 28, 2008
Page 2

## **Expenses**

|            |                                                                                                                                           | Amount   |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------|----------|
| 2/25/2008  | Clerk of the Court, U.S. District Court, N.D. of Illinois<br>Complaint Filing Fee.                                                         | 350.00   |
| 4/28/2008  | Home Detective - Invoice # 208021427-1, dated March 3, 2008<br>Process service                                                            | 125.00   |
|            | C & C Legal Support Services, Inc., t/a AP Legal Support Services, Inc. - Invoice dated February 29, 2008<br>Process Service on February 27, 2008 | 50.00    |
|            | Delaware Attorney Services - Invoice No. 58319, dated February 28, 2008<br>Process Service                                                 | 45.00    |
|            | Fincun-Mancini - Invoice # 56471, dated March 5, 2008<br>Process Service                                                                  | 55.00    |
|            | Intercounty Subpoena & Investigative Agency - Invoice #2008001233, dated 2/28/2008<br>Process Service                                      | 60.00    |

| **Total Expenses**            | **$685.00**   |
|-------------------------------|---------------|
| **Total amount of this bill** | **$1,732.50** |