IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, ) ) ) ) Plaintiffs, ) v. ) ) AUTO RAIL SERVICES OF MARYLAND, ) INC., a Maryland corporation; ) AUTO RAIL SERVICES OF PENNSYLVANIA, ) INC., a Pennsylvania corporation; ) AUTO RAIL SERVICES OF WILMINGTON, ) INC., a Delaware corporation; ) AUTO RAIL SERVICES OF OHIO, INC., ) an Ohio corporation; ) AUTO RESOURCES GROUP OF MIAMI, ) INC., a Florida corporation; ) MULTI-LEVEL SERVICES, INC., ) a North Carolina corporation; and ) TERMINAL SHUTTLE SERVICES, INC., ) a North Carolina corporation, ) ) Defendants. ) | Case No. 08 C 1138<br><br>Judge John W. Darrah<br><br>Magistrate Judge Valdez |

### NOTICE OF MOTION

TO:   See Parties Listed on Service List

   PLEASE TAKE NOTICE that on May 13, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Judge John W. Darrah, of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, or such other Judge as may be sitting in his stead in courtroom number 1203 and present Plaintiffs' Motion for Entry of Default and Default Judgment.

s/ Charles H. Lee<br>
Charles H. Lee (ARDC #6244633)<br>
Attorney for Central States

F:260423 / 08416036 / 4/29/08                    -1-

CENTRAL STATES FUNDS  
Law Department  
9377 W. Higgins Road, 10th Floor  
Rosemont, IL  60018  
847-518-9800, Ext. 3468

April 29, 2008

## CERTIFICATE OF SERVICE

      I, Charles H. Lee, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on April 29, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system.

      I further certify that the foregoing document has been mailed via UPS overnite delivery to the following non-ECF participants on the attached Service List.

      s/ Charles H. Lee
      Charles H. Lee (ARDC #6244633)
      Attorney for Central States

      CENTRAL STATES FUNDS
      Law Department
      9377 W. Higgins Road, 10th Floor
      Rosemont, IL   60018
      847-518-9800, Ext. 3468

April 29, 2008

## SERVICE LIST

Auto Rail Services of Maryland, Inc.
c/o The Corporation Trust Inc. - Registered Agent
300 E. Lombard Street
Baltimore, MD 21202
**Tracking No. 1Z 395 1X9 01 9687 9292**

Auto Rail Services of Ohio, Inc.
c/o CT Corporation System - Registered Agent
1300 E. 9th Street
Cleveland, OH 44114
**Tracking No. 1Z 395 1X9 01 9946 5509**

Auto Rail Services of Pennsylvania, Inc.
c/o Matthew Sayer - Vice President
4608 Chandler Grove St.
Raleigh, NC 27612
**Tracking No. 1Z 395 1X9 01 9877 5917**

Auto Rail Services of Wilmington, Inc.
c/o The Corporation Trust Company - Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
**Tracking No. 1Z 395 1X9 01 9929 4524**

Auto Resources Group of Miami, Inc.
c/o CT Corporation System - Registered Agent
1200 South Pine Island Rd.
Plantation, FL 33324
**Tracking No. 1Z 395 1X9 01 9518 5337**

Multi-Level Services, Inc.
c/o Steven Lee Renne - Registered Agent
3022 Lake Forest Drive
Greensboro, NC 27408
**Tracking No. 1Z 395 1X9 01 9889 2344**

Terminal Shuttle Services, Inc.
c/o Steven Lee Renne - Registered Agent
3022 Lake Forest Drive
Greensboro, NC 27408
**Tracking No. 1Z 395 1X9 01 9673 9559**