**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                                           Plaintiff,

v.
                                                          Case No.:
                                                          1:08−cv−01138
                                                          Honorable John W.
                                                          Darrah

Auto Rail Services of Maryland, Inc., et al.

                                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable John W. Darrah:Plaintiffs' motion for default judgment [18] is granted. Status hearing set for 6/18/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.