MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee,<br><br>    Plaintiffs,<br>v.<br><br>AUTO RAIL SERVICES OF MARYLAND, INC., a Maryland corporation;<br>AUTO RAIL SERVICES OF PENNSYLVANIA, INC., a Pennsylvania corporation;<br>AUTO RAIL SERVICES OF WILMINGTON, INC., a Delaware corporation;<br>AUTO RAIL SERVICES OF OHIO, INC., an Ohio corporation;<br>AUTO RESOURCES GROUP OF MIAMI, INC., a Florida corporation;<br>MULTI-LEVEL SERVICES, INC., a North Carolina corporation; and<br>TERMINAL SHUTTLE SERVICES, INC., a North Carolina corporation,<br><br>    Defendants. | Case No. 08 C 1138<br><br>Judge John W. Darrah<br><br>Magistrate Judge Valdez |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

A.    That a default judgment is entered against Defendants, Auto Rail Services of Maryland, Inc. ("ARS-Maryland"), Auto Rail Services of Pennsylvania, Inc. ("ARS-Pennsylvania"), Auto Rail Services of Wilmington, Inc. ("ARS-Wilmington"), Auto Rail Services of Ohio, Inc. ("ARS-Ohio"), Auto Resources Group of Miami, Inc. ("ARG-Miami"),

Multi-Level Services, Inc. ("MLS"), and Terminal Shuttle Services, Inc. ("TSS") (collectively "Defendants").

B. That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, have and recover judgment from and against Defendants, jointly and severally, in the total amount of $24,174,799.86. This amount consists of $17,357,965.97 in withdrawal liability principal; $3,343,508.20 in interest through August 25, 2008; $3,471,593.19 in liquidated damages, as allowed pursuant to section 502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2); $1,047.50 in attorney's fees; and $685.00 in costs for prosecuting this suit.

C. That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

D. That Plaintiffs may proceed with collection of the judgment.

Enter: _____
John W. Darrah
United States District Judge

Dated: 8-26-08
nunc pro tunc to 6/26/08